UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|   |   |
|---|---|
| **HUA SU,** <br><br> Petitioner, <br> v. <br> KRISTI NOEM (Secretary of U.S. Dep't of Homeland Security) *et al.*, <br><br> Respondents. | **ORDER Scheduling TRO Briefs** <br><br> ED CV 26-00865-VBF-DFM |

No later than 11:59 p.m. on Thursday, February 26, 2026, the respondents SHALL FILE a response to the temporary restraining order ("TRO") application..

No later than 11:59 p.m. on Friday, February 27, 2026, petitioner MAY FILE a reply.

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

*Valerie Baker Fairbank*

Dated: February 24, 2026

                                          Honorable Valerie Baker Fairbank
                                          Senior United States District Judge